THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Herbert T. Frazier,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-266
Submitted February 20, 2004  Filed 
 April 19, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, all of Columbia; and Solicitor Cecil Kelley Jackson, 
 of Sumter, for Respondent.
 
 
 

PER CURIAM:  Herbert Frazier pled guilty 
 to assault and battery with intent to kill (ABWIK) and discharging a firearm 
 into a dwelling.  He was sentenced to concurrent sentences of seven years for 
 ABWIK and ten years for discharging a firearm.  Frazier appeals, arguing his 
 guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 
 395 U.S. 238 (1969).  On appeal, counsel for Frazier has filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Frazier has not filed a pro se response.  

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.